**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jose Alberto Andino OCHOA, a.k.a.**
**Ernesto Oseguera–Ochoa,**
**Defendant—Appellant.**

No. 03–30164.

D.C. No. CR–02–00158–1–AJB.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Michael J. Brown, Asst. U.S. Atty., USPO–Office of the U.S. Attorney, Mark O. Hatfield, Portland, OR, for Plaintiff–Appellee.

J. Henry Langer, Salem, OR, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

MEMORANDUM**

Jose Alberto Andino–Ochoa appeals his 57–month sentence following his jury trial conviction for illegal reentry. As Andino–Ochoa concedes, his contention that the district court erred by making a 16–level upward adjustment under U.S.S.G.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

§ 2L1.2(b)(1)(A)(i), based on both Andino–Ochoa's original sentence of imprisonment for a prior drug-trafficking conviction and on subsequent incarcerations imposed for his probation violations, was rejected in *United States v. Moreno–Cisneros*, 319 F.3d 456 (9th Cir.2003). While Andino–Ochoa suggests that *Moreno–Cisneros* was wrongly decided, absent intervening Supreme Court authority, "one three-judge panel of this court cannot reconsider or overrule the decision of a prior panel." *United States v. Gay*, 967 F.2d 322, 327 (9th Cir.1992). Accordingly, the district court is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.